Laurel I. Handley (NV Bar # 9576)
Jory C. Garabedian (NV Bar # 10352)
**ALDRIDGE PITE, LLP**
520 South 4th St., Suite 360
Las Vegas, Nevada 89101
Telephone: (702) 991-4636
Facsimile: (702) 685-6342
E-Mail: jgarabedian@aldridgepite.com

*Attorneys for Plaintiff:*
*Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>JAYEM FAMILY, LP,<br><br>Defendant. | Case No. 2:17-cv-01582-MMD-NJK<br><br>**STIPULATION AND ORDER** |

Plaintiff FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae"), and Defendant JAYEM FAMILY, LP ("Jayem") (collectively hereinafter referred to as the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows.

1. The above-captioned action concerns title to real property commonly known as 3975 North Hualapai Way, Unit 256, Las Vegas, Nevada 89129 – APN 137-12-516-048 – (the "Property") and further legally described as stated in that Deed of Trust recorded on April 17, 2007 as document/instrument number 20070417-0001893 in the Office of the Clark County Recorder (the "Deed of Trust").

2. Fannie Mae and Jayem have entered into a separate Settlement Agreement and Release (the "Agreement") as a matter of compromise to adjudicate their respective interest in and/or to the Subject Property.

3. Pursuant to the Agreement, it is hereby stipulated and agreed Jayem is the owner of the Property by way of a homeowners association foreclosure sale occurring on or about

August 19, 2014 as reflected in that Foreclosure Deed recorded on August 20, 2014 as document/instrument number 20140820-0001371 (the "HOA Sale").

4. Pursuant to the Agreement, it is hereby stipulated and agreed that Fannie Mae is the owner and record beneficiary of the Deed of Trust, that the Deed of Trust continues to encumber the Property, and that the Deed of Trust was not extinguished by the HOA Sale.

5. Pursuant to the Agreement, it is hereby stipulated and agreed that Jayem's ownership interest in the Property is subject to the Deed of Trust, and that Fannie Mae – as well as its servicers and/or its successors and assigns – is entitled to foreclose on the Deed of Trust.

6. Pursuant to the Agreement, it is hereby stipulated and agreed that Jayem will receive the surplus funds or excess proceeds from the HOA Sale in the amount of $22,282.00, currently held by Absolute Collection Services, LLC, and that Absolute Collection Services, LLC is hereby ordered to immediately pay the surplus funds or excess proceeds to Jayem.

7. Pursuant to the Agreement, the Parties hereby submit this Stipulation and Order for the Court to adopt as a final order, judgment and decree of the above-captioned action, with each party to bear their own attorney's fees and costs as to each other.

**IT IS SO STIPULATED AND AGREED**.

Dated: June 7, 2018

| ALDRIDGE PITE, LLP | TAKOS LAW GROUP, LTD. |
|---|---|
| /s/ Jory C. Garabedian | /s/ Zachary P. Takos |
| Jory C. Garabedian<br>Nevada Bar No. 10352<br>*Attorney for Plaintiff*<br>*Federal National Mortgage Association* | Zachary P. Takos<br>Nevada Bar No. 11293<br>*Attorney for Defendant*<br>*Jayem Family, LP* |

**IT IS SO ORDERED**:

_____
U.S. DISTRICT COURT JUDGE

DATED: June 7, 2018